Case 5:13-cv-01540-UA-PJW  Document 21  Filed 06/26/14  Page 1 of 1  Page ID #:964

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH ANN ETTER, | Case No. EDCV 13-1540-OP |
| Plaintiff, | JUDGMENT |
| v. | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered reversing the decision of the Commissioner of Social Security, and remanding this matter for further administrative proceedings consistent with this Memorandum Opinion and Order.

DATED: June 26, 2014

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge